Robert E. Gnos, Respondent, *v.* Long Island Rail Road Company, Appellant.

Supreme Court, Appellate Term, Second Department, October 16, 1947.

*David J. Mountan, Jr.,* and *Louis J. Carruthers* for appellant.

*Francis J. Caffrey* for respondent.

Memorandum *Per Curiam.* Plaintiff's attempt to board the train under the circumstances disclosed was, in law, a negligent act which contributed to the happening of the accident. (Cf. *Solomon* v. *Manhattan Ry. Co.,* 103 N. Y. 437.)

The judgment should be unanimously reversed upon the law and facts, with $30 costs to defendant, and complaint dismissed, with appropriate costs in the court below.

MacCrate, Steinbrink and Fennelly, JJ., concur.

Judgment reversed, etc.